United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Shamina Gilmore, Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 21-24096-Civ-Scola |
| Broward Adjustment Services, Inc., ) | |
| d/b/a Bas Management, ) | |
| Defendant. | |

### Order on Clerk's Default Procedure

It appears that **Broward Adjustment Services, Inc.** has failed to timely respond to the complaint. In order to resolve this case justly, swiftly, and economically the Court **orders** the Plaintiff to submit a *Motion for Entry of Clerk's Default* by **December 7, 2021**, consistent with Federal Rule of Civil Procedure 55(a). The motion *must* include a certificate of service indicating that the Plaintiff sent it to the Defendant, including the addresses to which it was mailed.

Alternatively, if the Plaintiff no longer wishes to prosecute this action, or has otherwise settled the matter, the Plaintiff must immediately file a *Notice of Voluntary Dismissal* in keeping with Federal Rule of Civil Procedure 41(a)(1)(A)(i). This option is not available to FLSA Plaintiffs. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982).

If the Clerk enters a default and the Defendant fails to move to set aside the default or fails to otherwise respond to this lawsuit, the Plaintiff must promptly seek a default judgment, consistent with Federal Rule of Civil Procedure 55(b). If the Plaintiff fails to timely seek a Clerk's default or a default judgment, the Court may dismiss this action, without prejudice, for failure to prosecute.

**Done and ordered** in Miami, Florida on November 30, 2021.

_____
Robert N. Scola, Jr.
United States District Judge